**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| YOHAN LOPEZ | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil Action No. 8:22-cv-00551-GJH |
| | * | |
| DETAILING DYNAMICS, INC., *et al*. | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The plaintiff, Yohan Lopez ("Plaintiff"), and the defendants, Detailing Dynamics, Inc. and Lawrence A. Dawkins (collectively, "Defendants"), by and through undersigned counsel, submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), whereby the Parties agree to dismiss the above-captioned matter, with prejudice, effective on the date this stipulation is filed.

The Parties have reached a settlement of all claims brought by Plaintiff. Although Plaintiff's claim for overtime compensation was brought under the Fair Labor Standards Act, approval of the settlement is not required because Plaintiff is not compromising his claim. The total amount of Plaintiff's claim is $5,056.80 in unpaid minimum wages and overtime. Pursuant to the Parties settlement agreement, Plaintiff will receive double that amount, $10,113.60, which is the maximum he could recover under the FLSA, including liquidated damages.

Respectfully submitted,

*/ s / Mariusz Kurzyna*
Mariusz Kurzyna (Bar No. 20284)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
mkurzyna@zagfirm.com

*Counsel for Plaintiff*


*/ s / Stephen D. Ball*
Stephen D. Ball (Bar No. 012232)
11906 Chantilly Lane
Mitchellville, MD 20721
Voice: (301) 809-0400
Fax: (301) 809-0415
E-Mail: steve@attorney-ball.com

*Counsel for Defendants*